# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **JIHAD N. MUHAMMAD,** ) | |
| a/k/a **DARREN WILSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **2:10-CV-1190-AKK-PWG** |
| ) | |
| **JEFFERSON COUNTY JAIL, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## **MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on October 7, 2011, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be **GRANTED** and this action is due to be **DISMISSED WITH PREJUDICE**. A Final

Judgment will be entered.

    DONE the 31st day of October, 2011.

                                                   **ABDUL K. KALLON**
                                        UNITED STATES DISTRICT JUDGE